B. F. Fuller, alias Dr. J. R. Hall, v. The State.

No. 9956.  Delivered March 30, 1927.

**Swindling—Companion Case.**

> This is a companion case to that of D. Connor, alias Dr. J. W. Wilson, v. State, No. 9955, this day decided by this court.  For the reasons stated in the Connor case, the judgment of the trial court in this case is reversed and remanded.

Appeal from the District Court of Erath County.  Tried below before the Hon. J. B. Keith, Judge.

Appeal from a conviction for swindling, penalty seven years in the penitentiary.

See opinion in Connor case, supra, for facts.

*Oxford & Johnson* of Stephenville, and *McLean, Scott & Sayers* of Fort Worth, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

BAKER, Judge.—The appellant was convicted of swindling, and his punishment assessed at seven years in the penitentiary.

This is a companion case to that of D. Conner, alias Dr. J. W. Wilson, v. State, No. 9955, this day decided by this court.  The appellants were separately indicted for the same offense, but were tried together.  What we have said in the Conner case, supra, is fully applicable to the instant case.  For the reasons therein stated, the judgment of the trial court is reversed and remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.